IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPANSION LLC,

    Plaintiffs,

v.

MACRONIX INTERNATIONAL CO., et al.,

    Defendants.

No. C 14-1946 SI

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 5/20/14

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE