# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPANSION LLC, <br><br>    Plaintiff, <br><br>    vs. <br><br>MACRONIX INTERNATIONAL CO., LTD., *et al*., <br><br>    Defendants. | Case No.:  14-CV-1946 YGR <br><br> ORDER SETTING COMPLIANCE HEARING |

A compliance hearing regarding the status of the ITC proceedings shall be held on Friday, July 24, 2015 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a JOINT STATEMENT explaining the status of the ITC investigation; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: January 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**